**RISE LAW FIRM, PC**
ELIOT J. RUSHOVICH (SBN 252343)
LISA M. WATANABE-PEAGLER (SBN 258182)
ELISSA A. WAIZMAN (SBN 329959)
8383 Wilshire Blvd., Suite 800
Beverly Hils, California 90211
Telephone:   (310) 728-6588
Facsimile:   (310) 728-6560
eliot@riselawfirm.com
lisa@riselawfirm.com
elissa@riselawfirm.com

Attorneys for Plaintiff
ANDREW KALLSEN

**LITTLER MENDELSON P.C.**
MONICA QUINN (SBN 198332)
KYRA BUCH (SBN 296192)
633 West Fifth Street, 63 floor
Los Angeles, CA 90071
Telephone:   (213) 443-4300
Facsimile: (213) 443-4299
mquinn@littler.com
kbuch@littler.com

Attorneys for Defendant
OFFICE DEPOT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KALLSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-08854-SPG-AS<br><br>[Assigned for all Purposes to the Hon. Sherilyn Peace Garnett, Dept. 5C]<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendant (each, a "Party" and collectively, the "Parties"), by and through their undersigned counsel, have reached a conditional settlement on principal terms that will resolve the instant action in its entirety. The Parties are in the process working through conditions related thereto and anticipate being able to file a stipulation for dismissal within the next 45 to 60 days.

Accordingly, the parties STIPULATE and respectfully request that the Court VACATE all upcoming case dates and set a Case Status Hearing around 90 days from the date hereof, to allow the parties time to finalize settlement within such time and to file a stipulation of dismissal prior to such Hearing.

Dated: November 3, 2022          RISE LAW FIRM, PC

By: /s/ Eliot Rushovich
    ELIOT J. RUSHOVICH
    LISA M. WATANABE-PEAGLER
    ELISSA A. WAIZMAN

Attorneys for Plaintiff
ANDREW KALLSEN


Dated: November 3, 2022          LITTLER MENDELSON P.C.

By: /s/ Monica Quinn
    MONICA QUINN
    KYRA BUCH

Attorneys for Defendant
OFFICE DEPOT, LLC

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES

**ATTESTATION REGARDING SIGNATURES**

I, Eliot J. Rushovich, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2022     By:   /s/ Eliot Rushovich
                                    Eliot J. Rushovich

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES