JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KALLSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICE DEPOT, LLC, a Delaware Limited Liability Company; and DOES 1 through 50,<br><br>        Defendants. | Case No. 2:21-cv-08854 SPG-ASx<br><br>[Assigned to the Hon. Sherilyn Peace Garnett, Courtroom No. 5C]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

Good cause appearing and **IT IS HEREBY ORDERED** that the above matter, in its entirety, is dismissed with prejudice.

Dated:      November  21, 2022

                         HON. SHERILYN PEACE GARNETT
                         UNITED STATES DISTRICT JUDGE